USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/2/2022

U.S. Dep[

United St[

Southern

86 Chambers S[
New York, Nev[

VIA ECF                                                                    August 1, 2022
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *Manwani v. Miller, et al.*, No. 22 Civ. 4792 (AT)

Dear Judge Torres:

       This Office represents the government in this action in which plaintiff challenges a decision by U.S. Citizenship and Immigration Services ("USCIS") denying her Immigrant Petition for Alien Worker (Form I-140). The current deadline for the parties' proposed case management plan and scheduling order is August 12, 2022, and the government's deadline to respond to plaintiff's complaint is currently August 24, 2022. Based on recent developments explained in further detail below, I write respectfully, on behalf of all parties, to jointly request that the Court stay this matter and permit the parties to file a joint status letter within 90 days.

       The reason for the requested stay is that the parties are endeavoring to resolve this matter without the need for further litigation. On August 1, 2022, USCIS reopened plaintiff's I-140 petition. Within 60 days of reopening, USCIS will issue a Notice of Intent to Deny ("NOID"), and plaintiff will then have an opportunity to respond to the NOID. After USCIS receives plaintiff's response to the NOID, it will re-adjudicate the I-140 petition.

       Because a favorable adjudication on the I-140 petition would render plaintiff's challenge to the denial of her petition moot, the parties believe it would be prudent to stay this action, and respectfully request that they be permitted to file a joint status letter within 90 days regarding the progress of the administrative proceedings.

GRANTED in part, DENIED in part.  By **October 31, 2022**,
the parties shall file their joint letter and proposed case management
plan and Defendant shall respond to Plaintiff's complaint.

SO ORDERED.

Dated: August 2, 2022
      New York, New York
                                           ANALISA TORRES
                                  United States District Judge